THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FATEH FREIGHTLINES LLC, a Washington Limited Liability Company; AJWINDER SINGH, and his marital community; UBER FREIGHT, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:24-cv-01607-JCC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, Defendant Uber Freight, LLC states that it is a Delaware corporation.  Uber Freight, LLC is a majority owned subsidiary of Uber Technologies, Inc.  Uber Technologies, Inc. is a publicly held corporation and is not a subsidiary of any entity.

//

//

//

//

//

CORPORATE DISCLOSURE STATEMENT - 1
Case No. 2:24-cv-01607-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

DATED this Thursday, November 21, 2024.

          BAUER MOYNIHAN & JOHNSON LLP

*/s/ Donald K. McLean*
Donald K. McLean, WSBA No. 24158

*/s/ John Michael-Maxwell*
John-Michael Maxwell, WSBA No. 60289
Attorneys for Defendant Uber Freight, LLC
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: dkmclean@bmjlaw.com
          jmaxwell@bmjlaw.com

CORPORATE DISCLOSURE STATEMENT - 2
Case No. 2:24-cv-01607-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400