THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FATEH FREIGHTLINES LLC, *et al.*,<br><br>Defendants. | CASE NO. C24-1607-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for default judgment against Defendant Fateh Freightlines LLC ("Fateh") (Dkt. No. 32). Having thoroughly considered the motion and the relevant record, the Court FINDS that:

1. Plaintiff properly served Fateh, (*see* Dkt. Nos. 13, 14);

2. Fateh has not lodged an appearance or answered Plaintiff's pleading;

3. Taking the allegations in the complaint as true, Plaintiff has established that it is entitled to the following declaratory relief against Fateh:

    Defendant Fateh has no right or claim for coverage under the Policy, either at law or in equity, for indemnification, the right of a defense, the payment of defense costs, or the payment of attorneys' fees against any claim brought by any party or entity, including but not limited to Avnet, Inc., the shipper Super Micro Computer Inc., Fateh, or any other party or entity, related to or arising out of any claim for the Cargo Loss, whether arising now or in the future.

ORDER
C24-1607-JCC
PAGE - 1

>Defendant Fateh shall not assert any further claim against UFCC for the Cargo Loss under the Policy, either on its own behalf, or on behalf of Avnet, Inc., Super Micro Computer Inc., Fateh, or any assignee or subrogee of any person or entity seeking to recover for the Cargo Loss against UFCC.
>
>UFCC and Defendant Fateh shall each bear their own attorneys' fees, costs, and all litigation expenses in this matter.

4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

It is so ORDERED this 29th day of December 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE